## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Linda McVay,

       Plaintiff,                      Civil No. 08-2160 (RHK/FLN)

vs.                                  **DISQUALIFICATION AND**
                                        **ORDER FOR REASSIGNMENT**

Mead-Johnson & Company, Novartis
Pharmaceuticals, Inc., Warner Chilcott,
Inc.,

       Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 19, 2008

                                                      s/Richard H. Kyle
                                                      RICHARD H. KYLE
                                                      United States District Judge